IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | ) | CIVIL ACTION NO. 1:07-MD-1845-TWT |
| ******************** | ) | ******************** |
| PAMELA COLE, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:09-cv-01579-TWT |
| v. | ) | |
| CONAGRA FOODS, INC., HEB GROCERY COMPANY, LP | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF PAMELA COLE**

Pursuant to Fed.R.Civ.P. 41 and LR 41, Plaintiff Pamela Cole hereby dismisses her claims against Defendant ConAgra Foods, Inc. with prejudice and hereto informs the Court that these matters have been finally and fully resolved, with each side to bear its own costs and fees. This 31st day of January, 2011.

/s/ Joseph N Jannise , Jr (with permission)

Joseph N Jannise , Jr
Sutton & Jacobs
850 Park St
Beaumont, TX 77701
Phone: 409-833-1100
Fax: 409-833-0711
joej@sutton-jacobs.com

*Attorney for Plaintiff*

CONSENTED TO:

/s/ James F. Neale

Angela M. Spivey
GA Bar No. 672522
Andrew G. Phillips
GA Bar No. 575627
McGUIREWOODS LLP
1170 Peachtree Street, N.E. Suite 2100
Atlanta, Georgia 30309-7649
(404) 443-5500;(404) 443-5599 (Facsimile)
aspivey@mcguirewoods.com
aphillips@mcguirewoods.com

James F. Neale
VSB No. 43060
McGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
Charlottesville, Virginia 22902
(434) 977-2582
(434) 980-2263 (Facsimile)

*Attorneys for Defendant ConAgra Foods, Inc.*